UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELDON K. MCDAVID,<br><br>          Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>          Defendant. | Case No. 22-cv-05184-JSW<br><br>**ORDER OF DISMISSAL** |

On September 12, 2022, the Clerk opened this matter based upon a letter received from Plaintiff, a California prisoner proceeding pro se, complaining about the conditions of his confinement. The same day, the Clerk notified Plaintiff that in order to proceed, within 28 days he needed to file a complaint and either file an application to proceed in forma pauperis ("IFP") or pay the filing fee. The Clerk also mailed to Plaintiff the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the deficiency notice, Plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP before the deadline. No response has been received from Plaintiff. Accordingly, this case is DISMISSED without prejudice.

Plaintiff may file his complaint in the future. If he does so, a new action will be opened. He must then either pay the filing fee or file an IFP application in the new case in order for his claims to be reviewed. Additionally, if his claims arise out of his current prison in Susanville,

California, he should file his new complaint in the United States District Court for the *Eastern* District of California, not in this court, which is the Northern District of California.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 27, 2022

_____
JEFFREY S. WHITE
United States District Judge